1  DAVID J. ST. LOUIS  #041122
   LAW OFFICES OF DAVID J. ST. LOUIS, INC.
2  7100 N. Financial Drive, suite 105
   Fresno, California  93720
3  (559) 431-5563
   (5590 431-2267 (facsimile)
4
   Attorneys for:  Plaintiff BIANCA SORIA
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                                * * * * * *
11

12 | BIANCA SORIA,                        ) CASE NO:  1:08-CV-00155-AWI-DLB
                                         )
13 |    Plaintiff,                       ) ORDER TO CONTINUE
                                         ) MANDATORY SCHEDULING
14 | v.                                  ) CONFERENCE TO JUNE 25, 2008
                                         ) AT 9:00 A.M. IN DEPARTMENT 9
15 | FAMILY HEALTHCARE NETWORK,          )
     PUBLIC HEALTH SERVICES, KAWEAH      ) Current Mandatory Scheduling
16 | DELTA HEALTH CARE DISTRICT,         ) Conference:
     LAURIE HAGOPIAN-DRESSER, M.D.,      ) Date    :     May 1, 2008
17 | TALAKSOON KHADAHMI, M.D., and       ) Time    :     9:00 a.m.
     DOES 1 through 100, inclusive,      ) Dept.   :     9
                                         ) Before  :     Hon. Judge Beck
18 |    Defendants.                      )
                                         )
19

20                                   **ORDER**

21      At the request of the Court, Counsel for Plaintiff, BIANCA SORIA, David J. St. Louis,

22 of the Law Offices of David J. St. Louis, and counsel for Defendant, KAWEAH DELTA

23 HEALTH CARE DISTRICT, Jeffrey S. Nelson of Nelson, of Rozier & Bettencourt, have

24 agreed to be available for a continued Mandatory Scheduling Conference on June 25, 2008 at

25 9:00 a.m. in Department 9.

26

27

28
                                        1

Counsel for Plaintiff, BIANCA SORIA will provide notice of this Order to the defendants who have not yet answered by mailing a copy of this Order to the addresses at which remaining defendant was served with the Summons and Complaint and other documents, and will file a Certificate of Service thereon with the Court.

IT IS THEREFORE ORDERED THAT the Mandatory Scheduling Conference in the above matter, previously set for May 1, 2008, be continued to June 25, 2008 at 9:00 a.m. in Department 9.

IT IS FURTHER ORDERED THAT that the Joint Scheduling Report be prepared and electronically filed with the Court, per the Court's rules, one full week prior to the newly assigned Mandatory Scheduling Conference date, and that all counsel meet and confer at least twenty (20) days prior to the newly assigned Mandatory Scheduling Conference date of June 25, 2008 per the Order Setting Mandatory Scheduling Conference Order of this Court dated January 31, 2008.

Dated: 28 April, 2008

/s/ Dennis L. Beck
U.S. MAGISTRATE JUDGE