```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JEFFREY J. LODGE (SBN 152205)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Federal Defendant
    United States of America
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIANCA SORIA, | 1:08-cv-00155-AWI-DLB |
| Plaintiff, | **STIPULATION RE EXPERT DISCLOSURE DATES; ORDER** |
| v. | |
| UNTIED STATES OF AMERICA, KAWEAH DELTA HEALTH CARE DISTRICT, ET AL., | |
| Defendants. | |

Plaintiff Bianca Soria ("Plaintiff") and Defendant Kaweah Delta Health Care District ("Kaweah Delta") and Defendant United States of America ("United States") hereby stipulate, by and through their respective counsel, to revise the expert disclosure dates.

Plaintiff has agreed to appear for a medical examination by an expert physician for the United States and a short extension of expert disclosures is necessary to accommodate the schedules on both sides. The parties do not seek to continue this action's pre-trial conference nor trial date.

///

Based on the above, the parties hereby stipulate to extend the expert disclosure dates, as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Plaintiff's Expert Disclosure Date | October 1, 2008 | **November 3, 2008** |
| Defendant's Expert Disclosure Date | November 3, 2008 | **December 1, 2008** |
| Supplemental Expert or Rebuttal Designations | none | **January 2, 2008** |

The parties have also stipulated that the discovery propounded in this case prior to removal from state court to federal court shall be effective as if propounded under the federal rules.  Among other things, the responding parties shall have a duty to supplement their disclosures as required by Fed.R.Civ.P. 26(e).  However, the discovery propounded in state court will not count toward the limitations on frequency and extent set forth in Fed.R.Civ.P. 26(b).

All other deadlines set forth in the Scheduling Conference Order filed June 20, 2008, shall remain in effect unless otherwise approved by the Court.  The parties request the Court to endorse this stipulation by way of formal order.

                                        Respectfully submitted,

Dated: October 1, 2008.      Law Offices of David J. St. Louis, Inc.

                                      (As auth. 10/01/08)
By:  /s/ David J. St. Louis
Attorneys for Plaintiff
Biana Soria

///

---

**STIPULATION RE EXPERT DISCLOSURE DATES; [PROPOSED] ORDER**

1  ///

2  ///

3                                    Respectfully submitted,

4  Dated: October 1, 2008.           Nelson, Rozier and Bettencourt

5                                        (As auth. 10/01/08)
                                     By:  /s/ Jeffrey Scott Nelson
6                                    Attorneys for Defendant
                                     Kaweah Delta
7

8                                    Respectfully submitted,

9  Dated: September 30, 2008.        McGREGOR W. SCOTT
                                     United States Attorney
10

11                                   By:   /s/ Jeffrey J. Lodge
                                         JEFFREY J. LODGE
12                                   Assistant U.S. Attorney
                                     Attorneys for the United States of
13                                   America

14

15                           **ORDER**

16     IT IS SO ORDERED.

17     **Dated:   October 3, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE
18

---

**STIPULATION RE EXPERT DISCLOSURE DATES; [PROPOSED] ORDER**
3