DAVID J. ST. LOUIS  #041122
LAW OFFICES OF DAVID J. ST. LOUIS, INC.
7100 N. Financial Drive, suite 105
Fresno, California  93720
(559) 431-5563
(5590 431-2267 (facsimile)

Attorneys for:  Plaintiff BIANCA SORIA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BIANCA SORIA , ) | NO. 1:08-CV-00155-AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER OF |
| ) | DISMISSAL |
| v. ) | |
| ) | |
| FAMILY HEALTHCARE NETWORK, ) | |
| PUBLIC HEALTH SERVICES, ) | |
| KAWEAH DELTA HEALTH CARE ) | |
| DISTRICT, LAURIE ) | |
| HAGOPIAN-DRESSER, M.D., ) | |
| TALAKSOON KHADAHMI, M.D., and ) | |
| DOES 1 through 100, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the terms of the written agreement entitled Release of All Claims and Indemnity Agreement between Plaintiff, BIANCA SORIA (hereinafter SORIA) and Defendant, KAWEAH DELTA HEALTH CARE DISTRICT (hereinafter KAWEAH), and pursuant to Fed. R. Civ. P. 41 (a) (1), SORIA agrees to dismiss Defendant KAWEAH from this action, each party to bear their own costs and fees.

Defendant UNITED STATES OF AMERICA, although not a party to the Release of All Claims and Indemnity Agreement signed by SORIA and KAWEAH nor bound by the terms of said release, consents to this arrangement for dismissal between SORIA and KAWEAH.

///

This dismissal is as to Defendant KAWEAH HEALTH CARE DISTRICT only.

IT IS SO STIPULATED:

Dated: May  13, 2009            THE LAW OFFICES OF DAVID J. ST. LOUIS, INC.

                                      By:    /s/ David J. St. Louis
                                      DAVID J. ST. LOUIS, attorney for plaintiff,
                                      BIANCA SORIA

Dated:  May  13, 2009            NELSON & ROSIER

                                      By:    /s/  Jeffrey S. Nelson
                                      JEFFREY S. NELSON, attorneys for defendant,
                                      KAWEAH DELTA HEALTH CARE DISTRICT

Dated: May  13, 2009            LAWRENCE G. BROWN, Acting United States Attorney
                                      UNITED STATES OF AMERICA

                                      By:    /s/ Jeffrey J. Lodge
                                      JEFFREY J. LODGE, Attorneys for defendant,
                                      UNITED STATES OF AMERICA

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a) (1), in re the matter, BIANCA SORIA v. FAMILY HEALTHCARE NETWORK, PUBLIC HEALTH SERVICES, KAWEAH DELTA HEALTH CARE DISTRICT, LAURIE HAGOPIAN-DRESSER, M.D., TALAKSOON KHADAHMI, M.D., and DOES 1 through 100, inclusive, United States District Court Case No. 1:08-CV-00155-AWI-DLB, defendant KAWEAH DELTA HEALTH CARE DISTRICT, only, is hereby dismissed with prejudice, each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

**Dated:   June 4, 2009**                       /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE