**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BIANCA SORIA, | ) | 1:08-cv-00155-AWI-DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL;** |
| | ) | **ORDER THEREON** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, KAWEAH DELTA HEALTH CARE DISTRICT, ET AL., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the remaining parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: July 28, 2009.          LAW OFFICES OF DAVID J. ST. LOUIS, INC.


                               By: /s/David J. St. Louis
                               DAVID J. ST. LOUIS,

                               Attorneys for Plaintiff BIANCA SORIA


DATED: August 4, 2009.         LAWRENCE G. BROWN
                               Acting United States Attorney

                               By: /s/ Jeffrey J. Lodge

1

```
                                    JEFFREY J. LODGE,

                                    Attorneys for defendant
                                    UNITED STATES OF AMERICA
```

ORDER OF DISMISSAL

Because the parties have filed a properly signed Rule 41(a)(1)(A)(ii) notice of voluntary dismissal, this action has terminated.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986); see also Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999).

This action is hereby DISMISSED WITH PREJUDICE and the Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

**Dated:   August 5, 2009**               /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE